**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

HOLLY DENISE JARVIS,

                        Plaintiff,

v.

OFFICER GLYNN, OFFICER DORCHESTER,
SUPERVISOR JASON WELLS, and SYRACUSE
POLICE DEPARTMENT,

                        Defendants.

5:25-cv-01168 (BKS/ML)

---

**Appearances:**

*Plaintiff pro se:*
Holly Denise Jarvis
Syracuse, New York 13207

**Hon. Brenda K. Sannes, Chief United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

Plaintiff pro se Holly Denise Jarvis commenced this action asserting claims against

Defendants Glynn, Dorchester, Wells and Syracuse Police Department under 42 U.S.C. § 1983.

(Dkt. No. 1). Plaintiff also sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. Nos. 2, 6).

This matter was referred to United States Magistrate Judge Miroslav Lovric for an initial review

pursuant to 28 U.S.C. § 1915(e)(2) and Local Rule 72.3(d). On May 13, 2026, Magistrate Judge

Lovric issued a Report-Recommendation granting Plaintiff's application to proceed IFP and

recommending that claims against Defendant Syracuse Police Department be dismissed with

leave to replead and that other claims be permitted to proceed. (Dkt. No. 7). Magistrate Judge

Lovric informed Plaintiff that she had fourteen days within which to file written objections to the

Report-Recommendation under 28 U.S.C. § 636(b)(1), and that the failure to object within

fourteen days would preclude appellate review. (*Id.* at 15-16). No objections to the Report-Recommendation have been filed.

As no objections have been filed, the Court has reviewed the Report-Recommendation for clear error. *See Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 359 (2d Cir. 2025); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation, and having found no clear error, the Court adopts Magistrate Judge Lovric's recommendation.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Lovric's Report-Recommendation (Dkt. No. 7) is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED with leave to replead,** to the extent that it asserts claims against Defendant Syracuse Police Department because the Complaint fails to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2); and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **ACCEPTED FOR FILING** to the extent that it asserts claims against Defendants Glynn, Dorchester, and Wells pursuant to (1) the Fourth Amendment asserting (a) Warrantless Entry, (b) False Arrest, (c) Malicious Prosecution, (d) Excessive Force, and (e) Failure to Intervene; and (2) the First Amendment asserting Retaliation; it is further

**ORDERED** that any amended complaint must be filed within thirty (30) days of the date of this Order. Any amended complaint must be a complete pleading which will replace the current Complaint in total; and it is further

2

**ORDERED** that if Plaintiff timely files an amended complaint, it shall be referred to Magistrate Judge Lovric for review; and it is further

**ORDERED** that, if Plaintiff fails to file an amended complaint within 30 days from the date of this Order or to request an extension of time to do so, the Complaint will proceed as to the above-identified claims and the Clerk shall issue summonses as to Defendants Glynn, Dorchester, and Wells, and forward them with copies of the Complaint and a packet containing General Order 25, which sets forth this district's Civil Case Management Plan, to the United States Marshal for service upon Defendants. Defendants must file a formal response to Plaintiff's Complaint (Dkt. No. 1) as provided for in the Federal Rules of Civil Procedure subsequent to service of process; and it is further

**ORDERED** that all pleadings, motions, and other documents relating to this action must bear the case number assigned to this action and be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367. Plaintiff must comply with all requests by the Clerk's Office for any documents that are necessary to maintain this action. All parties must comply with rule 7.1 of the Local Rules of Practice for the Northern District of New York in filing motions. Motions will be decided on submitted papers, without oral argument, unless otherwise ordered by this Court. Plaintiff is also required to promptly notify the Clerk's Office and all parties or their counsel, in writing, of any change in her address; her failure to do so may result in the

3

dismissal of this action; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the

Local Rules.

**IT IS SO ORDERED.**

Dated: June 30, 2026
        Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge

4